# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

132956

MEGAN M. NICKELL, a Minor,
by her Next Friend, CINDY A. LEWIS,
       Plaintiff-Appellee,

v

AUTO-OWNERS INSURANCE COMPANY,
       Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132956
COA: 259944
Washtenaw CC: 02-001159-NF

      On order of the Court, the application for leave to appeal the September 28, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007                                            Clerk

p0521